# Court of Appeals
## Tenth Appellate District of Texas

10-25-00465-CV

In the Matter of the Marriage of William Benjamin Arnold
and D'Ann Hudson-Arnold

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause No. 19-000365-CVD-2722

PER CURIAM opinion of the Court.

## MEMORANDUM OPINION

Appellant, William Benjamin Arnold, appealed from a final judgment signed by the trial court on November 14, 2025. On December 12, 2025, Appellant was notified by letter that the filing fee was due on or before Monday, December 22, 2025, and that a docketing statement was required to be completed and returned to this Court by that same date. The filing fee was not paid, and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1.

By letter dated January 6, 2026, the Clerk of this Court notified Appellant that the filing fee had not been paid and that if the fee was not paid

on or before Friday, January 16, 2026, the appeal would be dismissed. In another letter dated January 6, 2026, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Friday, January 16, 2026. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

PER CURIAM

OPINION DELIVERED and FILED: January 22, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

